# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                      Chapter 13

                                       Bankruptcy No. 17-13463-JKF

TIMOTHY JOHN DENNIS

1602 REAGAN COURT

NORRISTOWN, PA 19403

        Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    TIMOTHY JOHN DENNIS

    1602 REAGAN COURT

    NORRISTOWN, PA 19403

**Counsel for debtor(s), by electronic notice only.**
    MICHAEL J MCCRYSTAL
    2355 OLD POST RD STE 4

    COPLAY, PA 18037

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                           /s/ William C. Miller

Date: 7/11/2017

                           _____
                           William C. Miller, Esquire
                           Chapter 13 Standing Trustee