# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                                Chapter 13

                                                Bankruptcy No. 17-13463-MDC

TIMOTHY JOHN DENNIS

1602 REAGAN COURT

NORRISTOWN, PA 19403

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    TIMOTHY JOHN DENNIS

    1602 REAGAN COURT

    NORRISTOWN, PA 19403

Counsel for debtor(s), by electronic notice only.

    MICHAEL J MCCRYSTAL
    2355 OLD POST RD STE 4

    COPLAY, PA 18037

Date: 11/28/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee