## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Timothy John Dennis | |
|                  Debtor | CHAPTER 13 |
| AmeriHome Mortgage Company, LLC, its successors and/or assigns | |
|                  Movant | |
|       vs. | |
| | NO. 17-13463 MDC |
| Timothy John Dennis | |
|                  Debtor | |
| William C. Miller Esq. | |
|                  Trustee | |

## PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to Confirmation of AmeriHome Mortgage Company, LLC, which was filed with the Court on or about July 3, 2017.

Respectfully submitted,

**/s/ Matteo S. Weiner, Esquire**
Matteo S. Weiner, Esquire
mweiner@kmllawgroup.com
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

December 7, 2017