CVS Health myHR Service Center, Toll-free Number: 1-888-694-7287 (888 MY-HR-CVS)

# Statement of Earnings Details

## Personal Details

| | |
|---|---|
| ID | 1531634 |
| Name | Timothy J Dennis |
| Home Address | 1602 Reagan Ct<br>Norristown PA 19403 UNITED STATES |
| Company | Pennsylvania CVS Pharmacy, L.L<br>1 CVS Drive<br>Woonsocket RI 02895<br>UNITED STATES<br>BIN#92647357 |
| Department | 01379 Pennsylvania CVS Pharmacy, L.L |
| Location | 01379 Pennsylvania CVS Pharmacy, L.L |
| Pay Rate | 28.35 Hourly |

## Payroll Details

| | |
|---|---|
| Pay Group | Biweekly |
| Pay Begin Date | Aug 13, 2017 |
| Pay End Date | Aug 26, 2017 |
| Advice Number | 5472139 |
| Pay Date | Sep 01, 2017 |

## Tax Details

| | |
|---|---|
| Federal Tax Marital Status | Single |
| Federal Allowances | 0 |
| Federal Addl Withholding | |
| PA Tax Marital Status | N/A |
| PA Allowances | 0 |
| PA Addl Withholding | |

## Hours and Earnings

| Description | Period Begin Date | Period End Date | Rate | Current Hours | YTD Hours | Current Earnings | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Overtime Pay | Aug 13, 2017 | Aug 19, 2017 | 42.53 | 5.23 | 0.00 | 222.41 | 0.00 |
| Overtime Pay | Aug 20, 2017 | Aug 26, 2017 | 42.52 | 9.03 | 0.00 | 384.00 | 0.00 |
| Overtime Pay | | | | 0.00 | 73.82 | 0.00 | 3,139.21 |
| Regular Pay | Aug 13, 2017 | Aug 19, 2017 | 28.35 | 40.00 | 0.00 | 1,134.00 | 0.00 |
| Regular Pay | Aug 20, 2017 | Aug 26, 2017 | 28.35 | 40.00 | 0.00 | 1,134.00 | 0.00 |
| Regular Pay | | | | 0.00 | 375.13 | 0.00 | 10,634.94 |
| Holiday Pay | | | | 0.00 | 8.00 | 0.00 | 226.80 |
| Training Store Progr | | | | 0.00 | 17.37 | 0.00 | 492.44 |
| Total Earnings | | | | | | 2,874.41 | 14,493.39 |

## Hours Worked

| | |
|---|---|
| Total Hours Worked | 94.26 |

## Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|

## After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Total (After-Tax Deductions) | 0.00 | 0.00 |

| Description | Current | YTD |
|---|---|---|
| Total(Pre-Tax Deductions) | 0.00 | 0.00 |

### Taxes

| Description | Current Taxable | YTD Taxable | Current Withheld | YTD Withheld |
|---|---|---|---|---|
| Fed Withholding | 2,874.41 | 14,493.39 | 532.59 | 2,693.30 |
| Fed OASDI/EE | 2,874.41 | 14,493.39 | 178.21 | 898.59 |
| PA Withholding | 2,874.41 | 14,493.39 | 88.24 | 444.94 |
| Fed MED/EE | 2,874.41 | 14,493.39 | 41.67 | 210.15 |
| PA Withholding | 2,874.41 | 14,493.39 | 28.74 | 144.93 |
| PA Unempl EE | 2,874.41 | 14,493.39 | 2.02 | 10.15 |
| PA LS Tax | 2,874.41 | 14,493.39 | 2.00 | 10.00 |
| Total (Taxes) | | | 873.47 | 4,412.06 |

### Employer Paid Benefits

| Description | Current | YTD |
|---|---|---|
| * Taxable | | |

### Direct Deposit Distribution

| Financial Institution | Account | Type | Amount |
|---|---|---|---|
| BANK OF AMERICA | ****2140 | Checking | 2,000.94 |

### Pay Summary

| | Total Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|
| Current | 2,874.41 | 873.47 | 0.00 | 2,000.94 |
| YTD | 14,493.39 | 4,412.06 | 0.00 | 10,081.33 |

CVS Health myHR Service Center. Toll-free Number: 1-888-694-7287 (888 MY-HR-CVS)

## Statement of Earnings Details

### Personal Details

| | |
|---|---|
| ID | 1531634 |
| Name | Timothy J Dennis |
| Home Address | 1602 Reagan Ct<br>Norristown PA 19403 UNITED STATES |
| Company | Pennsylvania CVS Pharmacy, L.L<br>1 CVS Drive<br>Woonsocket RI 02895<br>UNITED STATES<br>BIN#92647357 |
| Department | 01379 Pennsylvania CVS Pharmacy, L.L |
| Location | 01379 Pennsylvania CVS Pharmacy, L.L |
| Pay Rate | 28.35 Hourly |

### Payroll Details

| | |
|---|---|
| Pay Group | Biweekly |
| Pay Begin Date | Aug 27, 2017 |
| Pay End Date | Sep 09, 2017 |
| Advice Number | 5681532 |
| Pay Date | Sep 15, 2017 |

### Tax Details

| | |
|---|---|
| Federal Tax Marital Status | Single |
| Federal Allowances | 0 |
| Federal Addl Withholding | |
| PA Tax Marital Status | N/A |
| PA Allowances | 0 |
| PA Addl Withholding | |

### Hours and Earnings

| Description | Period Begin Date | Period End Date | Rate | Current Hours | YTD Hours | Current Earnings | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Holiday Pay | Sep 03, 2017 | Sep 09, 2017 | 28.35 | 8.00 | 16.00 | 226.80 | 453.60 |
| Overtime Pay | Aug 27, 2017 | Sep 02, 2017 | 42.53 | 7.10 | 0.00 | 301.93 | 0.00 |
| Overtime Pay | Sep 03, 2017 | Sep 09, 2017 | 42.53 | 8.05 | 0.00 | 342.33 | 0.00 |
| Overtime Pay | | | | 0.00 | 88.97 | 0.00 | 3,783.47 |
| Regular Pay | Aug 27, 2017 | Sep 02, 2017 | 28.35 | 40.00 | 0.00 | 1,134.00 | 0.00 |
| Regular Pay | Sep 03, 2017 | Sep 09, 2017 | 28.35 | 40.00 | 0.00 | 1,134.00 | 0.00 |
| Regular Pay | | | | 0.00 | 455.13 | 0.00 | 12,902.94 |
| Training Store Progr | | | | 0.00 | 17.37 | 0.00 | 492.44 |
| Total Earnings | | | | | | 3,139.06 | 17,632.45 |

### Hours Worked

| | |
|---|---|
| Total Hours Worked | 95.15 |

### Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|

### After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Total(After-Tax Deductions) | 0.00 | 0.00 |

Statement of Earnings Details                                    https://heplb08.hrbpo.hewitt.com/myHRCVS/Redi...

| Description | Current | YTD |
|---|---|---|
| Total (Pre-Tax Deductions) | 0.00 | 0.00 |

### Taxes

| Description | Current Taxable | YTD Taxable | Current Withheld | YTD Withheld |
|---|---|---|---|---|
| Fed Withholdng | 3,139.06 | 17,632.45 | 598.76 | 3,292.06 |
| Fed OASDI/EE | 3,139.06 | 17,632.45 | 194.62 | 1,093.21 |
| PA Withholdng | 3,139.06 | 17,632.45 | 96.37 | 541.31 |
| Fed MED/EE | 3,139.06 | 17,632.45 | 45.52 | 255.67 |
| PA Withholdng | 3,139.06 | 17,632.45 | 31.39 | 176.32 |
| PA Unempl EE | 3,139.06 | 17,632.45 | 2.19 | 12.34 |
| PA LS Tax | 3,139.06 | 17,632.45 | 2.00 | 12.00 |
| Total (Taxes) | | | 970.85 | 5,382.91 |

### Employer Paid Benefits

| Description | Current | YTD |
|---|---|---|
| * Taxable | | |

### Direct Deposit Distribution

| Financial Institution | Account | Type | Amount |
|---|---|---|---|
| BANK OF AMERICA | *****2140 | Checking | 2,168.21 |

### Pay Summary

| | Total Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|
| Current | 3,139.06 | 970.85 | 0.00 | 2,168.21 |
| YTD | 17,632.45 | 5,382.91 | 0.00 | 12,249.54 |

CVS Health myHR Service Center, Toll-free Number: 1-888-694-7287 (888 MY-HR-CVS)

## Statement of Earnings Details

### Personal Details

| | |
|---|---|
| ID | 1531634 |
| Name | Timothy J Dennis |
| Home Address | 1602 Reagan Ct<br>Norristown PA 19403 UNITED STATES |
| Company | Pennsylvania CVS Pharmacy, L.L<br>1 CVS Drive<br>Woonsocket RI 02895<br>UNITED STATES<br>BIN#92647357 |
| Department | 01379 Pennsylvania CVS Pharmacy, L.L |
| Location | 01379 Pennsylvania CVS Pharmacy, L.L |
| Pay Rate | 28.35 Hourly |

### Payroll Details

| | |
|---|---|
| Pay Group | Biweekly |
| Pay Begin Date | Sep 10, 2017 |
| Pay End Date | Sep 23, 2017 |
| Advice Number | 5874371 |
| Pay Date | Sep 29, 2017 |

### Tax Details

| | |
|---|---|
| Federal Tax Marital Status | Single |
| Federal Allowances | 0 |
| Federal Addl Withholding | |
| PA Tax Marital Status | N/A |
| PA Allowances | 0 |
| PA Addl Withholding | |

### Hours and Earnings

| Description | Period Begin Date | Period End Date | Rate | Current Hours | YTD Hours | Current Earnings | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Overtime Pay | Sep 10, 2017 | Sep 16, 2017 | 42.52 | 4.35 | 93.32 | 184.98 | 3,968.45 |
| Regular Pay | Sep 10, 2017 | Sep 16, 2017 | 28.35 | 38.90 | 0.00 | 1,102.82 | 0.00 |
| Regular Pay | Sep 17, 2017 | Sep 23, 2017 | 28.35 | 30.70 | 0.00 | 870.35 | 0.00 |
| Regular Pay | | | | 0.00 | 524.73 | 0.00 | 14,876.11 |
| Training Store Progr | Sep 10, 2017 | Sep 16, 2017 | 28.35 | 1.10 | 18.47 | 31.19 | 523.63 |
| Holiday Pay | | | | 0.00 | 16.00 | 0.00 | 453.60 |
| Total Earnings | | | | | | 2,189.34 | 19,321.79 |

### Hours Worked

| | |
|---|---|
| Total Hours Worked | 75.05 |

### Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Total(Pre-Tax Deductions) | 186.12 | 186.12 |

### After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Total(After-Tax Deductions) | 0.00 | 0.00 |

### Employer Paid Benefits

| Description | Current | YTD |
|---|---|---|

| Description | Current | YTD |
|---|---|---|
| Medical | 149.44 | 149.44 |
| Dental | 29.93 | 29.93 |
| Vision | 6.75 | 6.75 |
| Total(Pre-Tax Deductions) | 186.12 | 186.12 |

| Description | Current | YTD |
|---|---|---|
| * Taxable | | |

### Direct Deposit Distribution

| Financial Institution | Account | Type | Amount |
|---|---|---|---|
| BANK OF AMERICA | *****2140 | Checking | 1,449.38 |

### Taxes

| Description | Current Taxable | YTD Taxable | Current Withheld | YTD Withheld |
|---|---|---|---|---|
| Fed Withholdng | 2,005.45 | 19,637.90 | 315.35 | 3,607.41 |
| Fed OASDI/EE | 2,005.45 | 19,637.90 | 124.34 | 1,217.55 |
| PA Withholdng | 2,003.22 | 19,635.67 | 61.50 | 602.81 |
| Fed MED/EE | 2,005.45 | 19,637.90 | 29.06 | 284.75 |
| PA Withholdng | 2,003.22 | 19,635.67 | 20.03 | 196.35 |
| PA LS Tax | 2,003.22 | 19,635.67 | 2.00 | 14.00 |
| PA Unempl EE | 2,189.34 | 19,821.79 | 1.54 | 13.88 |
| Total (Taxes) | | | 553.84 | 5,936.75 |

### Pay Summary

| | Total Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|
| Current | 2,189.34 | 553.84 | 186.12 | 1,449.38 |
| YTD | 19,821.79 | 5,936.75 | 186.12 | 13,698.92 |

DEC-01-2017 FRI 05:22 PM   Case 17-13463-mdc   Doc 25   Filed 12/12/17   Entered 12/12/17 10:47:42   Desc Main
FAX
P. 007
Document   Page 7 of 14
Statement of Earnings Details
https://heplb08.hrbpo.hewitt.com/myHRCVS/Redi...

CVS Health myHR Service Center, Toll-free Number: 1-888-694-7287 (888 MY-HR-CVS)

## Statement of Earnings Details

### Personal Details

| | |
|---|---|
| ID | 1531634 |
| Name | Timothy J Dennis |
| Home Address | 1602 Reagan Ct<br>Norristown PA 19403 UNITED STATES |
| Company | Pennsylvania CVS Pharmacy, L.L<br>1 CVS Drive<br>Woonsocket RI 02895<br>UNITED STATES<br>BIN#92647357 |
| Department | 01379 Pennsylvania CVS Pharmacy, L.L |
| Location | 01379 Pennsylvania CVS Pharmacy, L.L |
| Pay Rate | 28.35 Hourly |

### Payroll Details

| | |
|---|---|
| Pay Group | Biweekly |
| Pay Begin Date | Sep 24, 2017 |
| Pay End Date | Oct 07, 2017 |
| Advice Number | 6085922 |
| Pay Date | Oct 13, 2017 |

### Tax Details

| | |
|---|---|
| Federal Tax Marital Status | Single |
| Federal Allowances | 0 |
| Federal Addl Withholding | |
| PA Tax Marital Status | N/A |
| PA Allowances | 0 |
| PA Addl Withholding | |

### Hours and Earnings

| Description | Period Begin Date | Period End Date | Rate | Current Hours | YTD Hours | Current Earnings | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Regular | Sep 17, 2017 | Sep 23, 2017 | 28.50 | 0.02 | 0.00 | 0.57 | 0.00 |
| Regular | Sep 24, 2017 | Sep 30, 2017 | 28.35 | 32.77 | 0.00 | 929.03 | 0.00 |
| Regular | Oct 01, 2017 | Oct 07, 2017 | 28.35 | 40.00 | 0.00 | 1,134.00 | 0.00 |
| Regular | | | | 0.00 | 597.52 | 0.00 | 16,939.71 |
| Overtime | Oct 01, 2017 | Oct 07, 2017 | 42.52 | 2.90 | 96.22 | 123.32 | 4,091.77 |
| Holiday | Sep 24, 2017 | Oct 07, 2017 | | 0.00 | 16.00 | 0.00 | 453.60 |
| Train Str | Sep 24, 2017 | Oct 07, 2017 | | 0.00 | 18.47 | 0.00 | 523.63 |
| Total Earnings | | | | | | 2,186.92 | 22,008.71 |

### Hours Worked

| | |
|---|---|
| Total Hours Worked | 75.69 |

### Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Medical | 149.44 | 298.88 |

### After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Total(After-Tax Deductions) | 0.00 | 0.00 |

| Description | Current | YTD |
|---|---|---|
| Dental | 29.93 | 59.86 |
| Vision | 6.75 | 13.50 |
| Total (Pre-Tax Deductions) | 186.12 | 372.24 |

### Taxes

| Description | Current Taxable | YTD Taxable | Current Withheld | YTD Withheld |
|---|---|---|---|---|
| Fed Withholdng | 2,003.03 | 21,640.93 | 314.75 | 3,922.16 |
| Fed OASDI/EE | 2,003.03 | 21,640.93 | 124.19 | 1,341.74 |
| PA Withholdng | 2,000.80 | 21,636.47 | 61.42 | 664.23 |
| Fed MED/EE | 2,003.03 | 21,640.93 | 29.04 | 313.79 |
| PA Withholdng | 2,000.80 | 21,636.47 | 20.01 | 216.36 |
| PA LS Tax | 2,000.80 | 21,636.47 | 2.00 | 16.00 |
| PA Unempl EE | 2,186.92 | 22,008.71 | 1.53 | 15.41 |
| Total (Taxes) | | | 552.94 | 6,489.69 |

### Employer Paid Benefits

| Description | Current | YTD |
|---|---|---|
| * Taxable | | |

### Direct Deposit Distribution

| Financial Institution | Account | Type | Amount |
|---|---|---|---|
| BANK OF AMERICA | xxxx2140 | Checking | 1,447.86 |

### Pay Summary

| | Total Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|
| Current | 2,186.92 | 552.94 | 186.12 | 1,447.86 |
| YTD | 22,008.71 | 6,489.69 | 372.24 | 15,146.78 |

CVS Health myHR Service Center, Toll-free Number: 1-888-694-7287 (888 MY-HR-CVS)

## Statement of Earnings Details

### Personal Details

| | |
|---|---|
| ID | 1531634 |
| Name | Timothy J Dennis |
| Home Address | 1602 Reagan Ct<br>Norristown PA 19403 UNITED STATES |
| Company | Pennsylvania CVS Pharmacy, L.L<br>1 CVS Drive<br>Woonsocket RI 02895<br>UNITED STATES<br>BIN#92647357 |
| Department | 01379 Pennsylvania CVS Pharmacy, L.L |
| Location | 01379 Pennsylvania CVS Pharmacy, L.L |
| Pay Rate | 28.35 Hourly |

### Payroll Details

| | |
|---|---|
| Pay Group | Biweekly |
| Pay Begin Date | Oct 08, 2017 |
| Pay End Date | Oct 21, 2017 |
| Advice Number | 6303950 |
| Pay Date | Oct 27, 2017 |

### Tax Details

| | |
|---|---|
| Federal Tax Marital Status | Single |
| Federal Allowances | 0 |
| Federal Addl Withholding | |
| PA Tax Marital Status | N/A |
| PA Allowances | 0 |
| PA Addl Withholding | |

### Hours and Earnings

| Description | Period Begin Date | Period End Date | Rate | Current Hours | YTD Hours | Current Earnings | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Overtime Pay | Oct 15, 2017 | Oct 21, 2017 | 42.53 | 5.02 | 101.24 | 213.48 | 4,305.25 |
| Regular Pay | Oct 08, 2017 | Oct 14, 2017 | 28.35 | 36.42 | 0.00 | 1,032.51 | 0.00 |
| Regular Pay | Oct 15, 2017 | Oct 21, 2017 | 28.35 | 40.00 | 0.00 | 1,134.00 | 0.00 |
| Regular Pay | | | | 0.00 | 673.94 | 0.00 | 19,106.22 |
| Holiday Pay | | | | 0.00 | 16.00 | 0.00 | 453.60 |
| Training Store Progr | | | | 0.00 | 18.47 | 0.00 | 523.63 |
| Total Earnings | | | | | | 2,379.99 | 24,388.70 |

### Hours Worked

| | |
|---|---|
| Total Hours Worked | 81.44 |

### Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Total(Pre-Tax Deductions) | 186.12 | 558.36 |

### After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Total(After-Tax Deductions) | 0.00 | 0.00 |

### Employer Paid Benefits

| Description | Current | YTD |
|---|---|---|

| Description | Current | YTD |
|---|---|---|
| Medical | 149.44 | 448.32 |
| Dental | 29.93 | 89.79 |
| Vision | 6.75 | 20.25 |
| Total (Pre-Tax Deductions) | 186.12 | 558.36 |

| Description | Current | YTD |
|---|---|---|
| * Taxable | | |

### Direct Deposit Distribution

| Financial Institution | Account | Type | Amount |
|---|---|---|---|
| BANK OF AMERICA | *****2140 | Checking | 1,569.89 |

### Taxes

| Description | Current Taxable | YTD Taxable | Current Withheld | YTD Withheld |
|---|---|---|---|---|
| Fed Withholdng | 2,196.10 | 23,837.03 | 363.02 | 4,285.18 |
| Fed OASDI/EE | 2,196.10 | 23,837.03 | 136.16 | 1,477.90 |
| PA Withholdng | 2,193.87 | 23,830.34 | 67.35 | 731.58 |
| Fed MED/EE | 2,196.10 | 23,837.03 | 31.85 | 345.64 |
| PA Withholdng | 2,193.87 | 23,830.34 | 21.94 | 238.30 |
| PA LS Tax | 2,193.87 | 23,830.34 | 2.00 | 18.00 |
| PA Unempl EE | 2,379.99 | 24,388.70 | 1.66 | 17.07 |
| Total (Taxes) | | | 623.98 | 7,113.67 |

### Pay Summary

| | Total Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|
| Current | 2,379.99 | 623.98 | 186.12 | 1,569.89 |
| YTD | 24,388.70 | 7,113.67 | 558.36 | 16,716.67 |

CVS Health myHR Service Center, Toll-free Number: 1-888-694-7287 (888 MY-HR-CVS)

## Statement of Earnings Details

### Personal Details

| | |
|---|---|
| ID | 1531634 |
| Name | Timothy J Dennis |
| Home Address | 1602 Reagan Ct<br>Norristown PA 19403 UNITED STATES |
| Company | Pennsylvania CVS Pharmacy, L.L<br>1 CVS Drive<br>Woonsocket RI 02895<br>UNITED STATES<br>BIN#92647357 |
| Department | 01379 Pennsylvania CVS Pharmacy, L.L |
| Location | 01379 Pennsylvania CVS Pharmacy, L.L |
| Pay Rate | 28.35 Hourly |

### Payroll Details

| | |
|---|---|
| Pay Group | Biweekly |
| Pay Begin Date | Oct 22, 2017 |
| Pay End Date | Nov 04, 2017 |
| Advice Number | 6515259 |
| Pay Date | Nov 10, 2017 |

### Tax Details

| | |
|---|---|
| Federal Tax Marital Status | Single |
| Federal Allowances | 0 |
| Federal Addl Withholding | |
| PA Tax Marital Status | N/A |
| PA Allowances | 0 |
| PA Addl Withholding | |

### Hours and Earnings

| Description | Period Begin Date | Period End Date | Rate | Current Hours | YTD Hours | Current Earnings | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Overtime Pay | Oct 22, 2017 | Oct 28, 2017 | 42.53 | 3.23 | 0.00 | 137.36 | 0.00 |
| Overtime Pay | Oct 29, 2017 | Nov 04, 2017 | 42.52 | 4.50 | 0.00 | 191.36 | 0.00 |
| Overtime Pay | | | | 0.00 | 108.97 | 0.00 | 4,633.97 |
| Regular Pay | Oct 22, 2017 | Oct 28, 2017 | 28.35 | 36.00 | 0.00 | 1,020.60 | 0.00 |
| Regular Pay | Oct 29, 2017 | Nov 04, 2017 | 28.35 | 40.00 | 0.00 | 1,134.00 | 0.00 |
| Regular Pay | | | | 0.00 | 749.94 | 0.00 | 21,260.82 |
| Training Store Progr | Oct 22, 2017 | Oct 28, 2017 | 28.35 | 4.00 | 22.47 | 113.40 | 637.03 |
| Holiday Pay | | | | 0.00 | 16.00 | 0.00 | 453.60 |
| Total Earnings | | | | | | 2,596.72 | 26,985.42 |

### Hours Worked

| | |
|---|---|
| Total Hours Worked | 87.73 |

### Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|

### After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Total(After-Tax Deductions) | 0.00 | 0.00 |

| Description | Current | YTD |
|---|---|---|
| Medical | 149.44 | 597.76 |
| Dental | 29.93 | 119.72 |
| Vision | 6.75 | 27.00 |
| Total (Pre-Tax Deductions) | 186.12 | 744.48 |

### Taxes

| Description | Current Taxable | YTD Taxable | Current Withheld | YTD Withheld |
|---|---|---|---|---|
| Fed Withholdng | 2,412.83 | 26,249.86 | 417.20 | 4,702.38 |
| Fed OASDI/EE | 2,412.83 | 26,249.86 | 149.59 | 1,627.49 |
| PA Withholdng | 2,410.60 | 26,240.94 | 74.01 | 805.59 |
| Fed MED/EE | 2,412.83 | 26,249.86 | 34.98 | 380.62 |
| PA Withholdng | 2,410.60 | 26,240.94 | 24.11 | 262.41 |
| PA LS Tax | 2,410.60 | 26,240.94 | 2.00 | 20.00 |
| PA Unempl EE | 2,596.72 | 26,985.42 | 1.82 | 18.89 |
| Total (Taxes) | | | 703.71 | 7,817.38 |

### Employer Paid Benefits

| Description | Current | YTD |
|---|---|---|
| * Taxable | | |

### Direct Deposit Distribution

| Financial Institution | Account | Type | Amount |
|---|---|---|---|
| BANK OF AMERICA | ****2140 | Checking | 1,706.89 |

### Pay Summary

| | Total Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|
| Current | 2,596.72 | 703.71 | 186.12 | 1,706.89 |
| YTD | 26,985.42 | 7,817.38 | 744.48 | 18,423.56 |

CVS Health myHR Service Center, Toll-free Number: 1-888-694-7287 (888 MY-HR-CVS)

## Statement of Earnings Details

### Personal Details

| | |
|---|---|
| ID | 1531634 |
| Name | Timothy J Dennis |
| Home Address | 1602 Reagan Ct<br>Norristown PA 19403 UNITED STATES |
| Company | Pennsylvania CVS Pharmacy, L.L<br>1 CVS Drive<br>Woonsocket RI 02895<br>UNITED STATES<br>BIN#92647357 |
| Department | 01379 Pennsylvania CVS Pharmacy, L.L |
| Location | 01379 Pennsylvania CVS Pharmacy, L.L |
| Pay Rate | 28.35 Hourly |

### Payroll Details

| | |
|---|---|
| Pay Group | Biweekly |
| Pay Begin Date | Nov 05, 2017 |
| Pay End Date | Nov 18, 2017 |
| Advice Number | 6720570 |
| Pay Date | Nov 24, 2017 |

### Tax Details

| | |
|---|---|
| Federal Tax Marital Status | Single |
| Federal Allowances | 0 |
| Federal Addl Withholding | |
| PA Tax Marital Status | N/A |
| PA Allowances | 0 |
| PA Addl Withholding | |

### Hours and Earnings

| Description | Period Begin Date | Period End Date | Rate | Current Hours | YTD Hours | Current Earnings | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Holiday Pay | Nov 05, 2017 | Nov 11, 2017 | 28.35 | 8.00 | 24.00 | 226.80 | 680.40 |
| Overtime Pay | Nov 05, 2017 | Nov 11, 2017 | 42.53 | 5.48 | 0.00 | 233.04 | 0.00 |
| Overtime Pay | Nov 12, 2017 | Nov 18, 2017 | 42.52 | 5.45 | 0.00 | 231.76 | 0.00 |
| Overtime Pay | | | | 0.00 | 119.90 | 0.00 | 5,098.77 |
| Regular Pay | Nov 05, 2017 | Nov 11, 2017 | 28.35 | 40.00 | 0.00 | 1,134.00 | 0.00 |
| Regular Pay | Nov 12, 2017 | Nov 18, 2017 | 28.35 | 40.00 | 0.00 | 1,134.00 | 0.00 |
| Regular Pay | | | | 0.00 | 829.94 | 0.00 | 23,528.82 |
| Training Store Progr | | | | 0.00 | 22.47 | 0.00 | 637.03 |
| Total Earnings | | | | | | 2,959.60 | 29,945.02 |

### Hours Worked

| | |
|---|---|
| Total Hours Worked | 90.93 |

### Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|

### After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Total(After-Tax Deductions) | 0.00 | 0.00 |

| Description | Current | YTD |
|---|---|---|
| Medical | 149.44 | 747.20 |
| Dental | 29.93 | 149.65 |
| Vision | 6.75 | 33.75 |
| Total (Pre-Tax Deductions) | 186.12 | 930.60 |

### Taxes

| Description | Current Taxable | YTD Taxable | Current Withheld | YTD Withheld |
|---|---|---|---|---|
| Fed Withholdng | 2,775.71 | 29,025.57 | 507.92 | 5,210.30 |
| Fed OASDI/EE | 2,775.71 | 29,025.57 | 172.10 | 1,799.59 |
| PA Withholdng | 2,773.48 | 29,014.42 | 85.15 | 890.74 |
| Fed MED/EE | 2,775.71 | 29,025.57 | 40.25 | 420.87 |
| PA Withholdng | 2,773.48 | 29,014.42 | 27.73 | 290.14 |
| PA Unempl-EE | 2,959.60 | 29,945.02 | 2.07 | 20.96 |
| PA LS Tax | 2,773.48 | 29,014.42 | 2.00 | 22.00 |
| Total (Taxes) | | | 837.22 | 8,654.60 |

### Employer Paid Benefits

| Description | Current | YTD |
|---|---|---|
| * Taxable | | |

### Direct Deposit Distribution

| Financial Institution | Account | Type | Amount |
|---|---|---|---|
| BANK OF AMERICA | ****2140 | Checking | 1,936.26 |

### Pay Summary

| | Total Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|
| Current | 2,959.60 | 837.22 | 186.12 | 1,936.26 |
| YTD | 29,945.02 | 8,654.60 | 930.60 | 20,359.82 |