Certificate Number: 13858-PAE-DE-030436754

Bankruptcy Case Number: 17-13463



13858-PAE-DE-030436754

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 16, 2018</u>, at <u>1:49</u> o'clock <u>PM EST</u>, <u>Timothy Dennis</u> completed a course on personal financial management given <u>by internet</u> by <u>MoneySharp Credit Counseling Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>January 16, 2018</u>        By:    <u>/s/Victor Reyes</u>

                                     Name:  <u>Victor Reyes</u>

                                     Title: <u>Counselor</u>