United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-13463-mdc
Timothy John Dennis                                                   Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: PaulP              Page 1 of 2              Date Rcvd: Oct 22, 2018
                            Form ID: pdf900          Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 24, 2018.
db         +Timothy John Dennis,    1602 Reagan Court,    Norristown, PA 19403-5258
13919458    Acs/slm Trust,    C/o Acs,    Utica, NY 13501
13983579   +AmeriHome Mortgage Company, LLC,    c/o Cenlar FSB,    425 Phillips Blvd,    Ewing, NJ 08618-1430
13919460   +Amerihome Mtg Co, Llc,    21300 Victory Blvd Ste 2,    Woodland Hills, CA 91367-2525
13919461   +Chase Card Services,    Correspondence Dept,    Po Box 15278,    Wilmington, DE 19850-5278
13919464   +Citibank,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box790040,
             Saint Louis, MO 63179-0040
13919465   +Citibank/Best Buy,    Centralized Bk/Citicorp Credt Srvs,    Po Box 790040,
             St Louis, MO 63179-0040
13919466   +Citizens Bank,    Attn: Bankruptcy,    443 Jefferson Blvd Ms Rjw-135,    Warwick, RI 02886-1321
13919467   +Huntingdon Valley Bank,    2617 Huntingdon Pike,    Huntingdon Valley, PA 19006-5199
14097434   +Michael J. McCrystal, Esquire,    151 Main Street, Suite A,    Emmaus, PA 18049-4026
13919468   +Police And Fire Fcu,    901 Arch Street,    Philadelphia, PA 19107-2495
13919471   +Wells Fargo,    Wells Fargo Bank,    Po Box 5185,    Sioux Falls, SD 57117-5185
13919472   +Wells Fargo Bank,    Mac F82535-02f,    Po Box 10438,    Des Moines, IA 50306-0438
13964305    Wells Fargo Bank, N.A.,    Wells Fargo Education Financial Services,
             PO Box 10438, Mac F8235-02F,    Des Moines, IA 50306-0438
13919473   +Wells Fargo Education Financial Services,    Wells Fargo Bank,    Po Box 5185,
             Sioux Falls, SD 57117-5185

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: megan.harper@phila.gov Oct 23 2018 02:37:29     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 23 2018 02:37:17
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 23 2018 02:37:26     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13919462   +E-mail/Text: bankruptcycollections@citadelbanking.com Oct 23 2018 02:37:33
             Citadel Federal Cred U,    Attn: Collections/Bankruptcy,    520 Eagleview Blvd,
             Exton, PA 19341-1119
13919469   +E-mail/PDF: gecsedi@recoverycorp.com Oct 23 2018 02:43:49     Synchrony Bank/ JC Penneys,
             Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
13919470   +E-mail/PDF: gecsedi@recoverycorp.com Oct 23 2018 02:43:58     Synchrony Bank/HH Gregg,
             Po Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13919459*     Acs/slm Trust,    C/o Acs,    Utica, NY 13501
13919463*    +Citadel Federal Cred U,    Attn: Collections/Bankruptcy,    520 Eagleview Blvd,
               Exton, PA 19341-1119
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2018                                  Signature:  /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 22, 2018 at the address(es) listed below:
          KEVIN G. MCDONALD    on behalf of Creditor    AmeriHome Mortgage Company, LLC
           bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    AmeriHome Mortgage Company, LLC
           bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    American Home Mortgage Company
           bkgroup@kmllawgroup.com

```
District/off: 0313-2          User: PaulP              Page 2 of 2              Date Rcvd: Oct 22, 2018
                              Form ID: pdf900          Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          MICHAEL J. MCCRYSTAL    on behalf of Debtor Timothy John Dennis mccrystallaw@gmail.com, sueparalegal@gmail.com
          REBECCA ANN SOLARZ    on behalf of Creditor   AmeriHome Mortgage Company, LLC bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
          TOTAL: 7

Case 17-13463-mdc    Doc 48    Filed 10/24/18    Entered 10/25/18 01:05:59    Desc Imaged
Certificate of Notice    Page 2 of 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Timothy John Dennis | : | Chapter 13 |
| , | : | |
| Debtor(s). | : | Bankruptcy No. 17-13463 -MDC |

### ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the

proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. ' 1326(a)(2).

Dated: 10/19/2018

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE