## United States Bankruptcy Court
### Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re  Timothy John Dennis | Case No. | 17-13463 |
| Debtor(s) | Chapter | 13 |

# PROOF OF SERVICE BY MAIL

I, **Michael J. McCrystal, Esquire** declare that I am a resident of or employed in the County of Lehigh, Commonwealth of Pennsylvania My address is **151 Main Street, Suite A, Emmaus, PA 18049.** I am over the age of eighteen years of age and am not a party to this case.

On October 25, 2018, I served the Notice and Motion to **Reconsider Order of Dismissal** on the parties listed below, by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail addressed as follows:

Acs/slm Trust
C/o Acs
Utica, NY 13501

Acs/slm Trust
C/o Acs
Utica, NY 13501

Amerihome Mtg Co, Llc
21300 Victory Blvd Ste 2
Woodland Hills, CA 91367

Chase Card Services
Correspondence Dept
Po Box 15278
Wilmington, DE 19850

Citadel Federal Cred U
Attn: Collections/Bankruptcy
520 Eagleview Blvd
Exton, PA 19341

Citadel Federal Cred U
Attn: Collections/Bankruptcy
520 Eagleview Blvd
Exton, PA 19341

Citibank
Citicorp Credit Srvs/Centralized Bankrup
Po Box790040
Saint Louis, MO 63179

Citibank/Best Buy
Centralized Bk/Citicorp Credt Srvs
Po Box 790040
St Louis, MO 63179

Citizens Bank
Attn: Bankruptcy
443 Jefferson Blvd Ms Rjw-135
Warwick, RI 02886

Huntingdon Valley Bank
2617 Huntingdon Pike
Huntingdon Valley, PA 19006

Police And Fire Fcu
901 Arch Street
Philadelphia, PA 19107

Synchrony Bank/ JC Penneys
Attn: Bankruptcy
Po Box 956060
Orlando, FL 32896

Synchrony Bank/HH Gregg
Po Box 965060
Orlando, FL 32896

Wells Fargo
Wells Fargo Bank
Po Box 5185
Sioux Falls, SD 57117

Wells Fargo Bank
Mac F82535-02f
Po Box 10438
Des Moines, IA 50306

Wells Fargo Education Financial Services
Wells Fargo Bank
Po Box 5185
Sioux Falls, SD 57117

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on **October 25, 2018**.

_____
Signature