# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **Timothy John Dennis**                                              Case No.   **17-13463**

_____
Debtor(s)                                                    Chapter    **13**

# PROOF OF SERVICE BY MAIL

I, **Michael J. McCrystal, Esquire** declare that I am a resident of or employed in the County of Lehigh, Commonwealth of Pennsylvania My address is **151 Main Street, Suite A,  Emmaus, PA 18049.** I am over the age of eighteen years of age and am not a party to this case.

On October 25,2018, I served the Order Dismissing Chapter 13 Case and Setting Deadlines on the parties listed below, by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail addressed as follows:

**Acs/slm Trust**
**C/o Acs**
**Utica, NY 13501**

**Acs/slm Trust**
**C/o Acs**
**Utica, NY 13501**

**Amerihome Mtg Co, Llc**
**21300 Victory Blvd Ste 2**
**Woodland Hills, CA 91367**

**Chase Card Services**
**Correspondence Dept**
**Po Box 15278**
**Wilmington, DE 19850**

**Citadel Federal Cred U**
**Attn: Collections/Bankruptcy**
**520 Eagleview Blvd**
**Exton, PA 19341**

**Citadel Federal Cred U**
**Attn: Collections/Bankruptcy**
**520 Eagleview Blvd**
**Exton, PA 19341**

**Citibank**
**Citicorp Credit Srvs/Centralized Bankrup**
**Po Box790040**
**Saint Louis, MO 63179**

**Citibank/Best Buy**
**Centralized Bk/Citicorp Credt Srvs**
**Po Box 790040**
**St Louis, MO 63179**

**Citizens Bank**
**Attn: Bankruptcy**
**443 Jefferson Blvd Ms Rjw-135**
**Warwick, RI 02886**

**Huntingdon Valley Bank**
**2617 Huntingdon Pike**
**Huntingdon Valley, PA 19006**

**Police And Fire Fcu**
**901 Arch Street**
**Philadelphia, PA 19107**

**Synchrony Bank/ JC Penneys**
**Attn: Bankruptcy**
**Po Box 956060**
**Orlando, FL 32896**

Best Case Bankruptcy

**Synchrony Bank/HH Gregg**
**Po Box 965060**
**Orlando, FL 32896**

**Wells Fargo**
**Wells Fargo Bank**
**Po Box 5185**
**Sioux Falls, SD 57117**

**Wells Fargo Bank**
**Mac F82535-02f**
**Po Box 10438**
**Des Moines, IA 50306**

**Wells Fargo Education Financial Services**
**Wells Fargo Bank**
**Po Box 5185**
**Sioux Falls, SD 57117**

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on October 25, 2018.

Signature