| | | |
|---|---|---|
| IN RE: Timothy John Dennis | : | IN THE UNITED STATES |
| | : | BANKRUPTCY COURT FOR |
| Debtors. | : | THE EASTERN DISTRICT OF |
| | : | PENNSYLVANIA |
| | : | |
| | : | CASE NO. 17-13463-amc |
| | : | |

CERTIFICATE OF NON-RESPONSE

I, Michael J. McCrystal, Esquire, hereby certify that as of this date, I have received no answer, objection or other responsive pleading to Motion to Reconsider Order of Dismissal. The undersigned further certifies that he has reviewed the Court's Docket in this case and that no Answer, Objection or other responsive pleading appears thereon.  Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than November 16, 2018.

It is hereby respectfully requested that the Order attached to the Motion to Reconsider Order of Dismissal be entered at the earliest convenience.

Dated: November 20, 2018

                                                            Respectfully submitted,
                                                            /S/Michael J. McCrystal

                                                            _____
                                                           Michael J. McCrystal, Esquire
                                                            2355 Old Post Road, STE 4
                                                           Coplay, PA 18037
                                                           (610) 262-7873
                                                           Attorney for the Debtor