United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-13463-mdc
Timothy John Dennis                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: Dec 04, 2018
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2018.
db              +Timothy John Dennis,    1602 Reagan Court,    Norristown, PA 19403-5258

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2018 at the address(es) listed below:
        KEVIN G. MCDONALD    on behalf of Creditor    AmeriHome Mortgage Company, LLC
         bkgroup@kmllawgroup.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    AmeriHome Mortgage Company, LLC
         bkgroup@kmllawgroup.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    American Home Mortgage Company
         bkgroup@kmllawgroup.com
        MICHAEL J. MCCRYSTAL    on behalf of Debtor Timothy John Dennis mccrystallaw@gmail.com,
         sueparalegal@gmail.com
        REBECCA ANN SOLARZ    on behalf of Creditor    AmeriHome Mortgage Company, LLC
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                     TOTAL: 7

Michael J. McCrystal, Esquire
2355 Old Post Rd. STE. 4
Coplay, PA 18037
(610) 262-7873

Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| Timothy John Dennis | Case No. 17-13463-mdc |
| Debtor. | Chapter 13 |
| | ORDER to RECONSIDER DISMISSIAL of CASE |

    AND NOW, upon consideration of the Motion of the Debtor to Reconsider Dismissal Case and after notice and opportunity to be heard, it is ORDERED:

1.    This Court's Order dated October 22, 2018, dismissing the case is vacated and the above captioned case is REOPENED.

BY THE COURT:

_Magdeline D. Coe_
Judge
12/3/18