# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| **Timothy John Dennis** | : |
| | : BANKRUPTCY NO. **17-13463 MDC** |
| Debtor (s) | |

## **P R A E C I P E**

Kindly relist the above captioned Chapter 13 Bankruptcy case for a hearing on confirmation of the debtor(s) chapter 13 plan on 1/24/2019 At 09:30 A.M. before the Hon. Magdeline D. Coleman.

                                                                                   Respectfully submitted,

Date: December 19, 2018                      /s/Jacqueline M. Chandler, Esquire for
                                                                      William C. Miller, Esquire
                                                                      Chapter 13 Standing Trustee
                                                                      P.O. Box 1299
                                                                      Philadelphia, PA  19105