United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Timothy John Dennis  
    Debtor

Case No. 17-13463-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 2     Date Rcvd: Dec 20, 2018  
                           Form ID: 160     Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2018.
```
db             +Timothy John Dennis,    1602 Reagan Court,    Norristown, PA 19403-5258
13919458        Acs/slm Trust,    C/o Acs,    Utica, NY 13501
13983579       +AmeriHome Mortgage Company, LLC,    c/o Cenlar FSB,    425 Phillips Blvd,    Ewing, NJ 08618-1430
13919460       +Amerihome Mtg Co, Llc,    21300 Victory Blvd Ste 2,    Woodland Hills, CA 91367-2525
13919461       +Chase Card Services,    Correspondence Dept,    Po Box 15278,    Wilmington, DE 19850-5278
13919464       +Citibank,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box790040,
                 Saint Louis, MO 63179-0040
13919465       +Citibank/Best Buy,    Centralized Bk/Citicorp Credt Srvs,    Po Box 790040,
                 St Louis, MO 63179-0040
13919466       +Citizens Bank,    Attn: Bankruptcy,    443 Jefferson Blvd Ms Rjw-135,    Warwick, RI 02886-1321
13919467       +Huntingdon Valley Bank,    2617 Huntingdon Pike,    Huntingdon Valley, PA 19006-5199
14097434       +Michael J. McCrystal, Esquire,    151 Main Street, Suite A,    Emmaus, PA 18049-4026
13919468       +Police And Fire Fcu,    901 Arch Street,    Philadelphia, PA 19107-2495
13919471       +Wells Fargo,    Wells Fargo Bank,    Po Box 5185,    Sioux Falls, SD 57117-5185
13919472       +Wells Fargo Bank,    Mac F82535-02f,    Po Box 10438,    Des Moines, IA 50306-0438
13964305        Wells Fargo Bank, N.A.,    Wells Fargo Education Financial Services,
                 PO Box 10438, Mac F8235-02F,    Des Moines, IA 50306-0438
13919473       +Wells Fargo Education Financial Services,    Wells Fargo Bank,    Po Box 5185,
                 Sioux Falls, SD 57117-5185
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13919462       +E-mail/Text: bankruptcycollections@citadelbanking.com Dec 21 2018 02:47:40
                 Citadel Federal Cred U,    Attn: Collections/Bankruptcy,    520 Eagleview Blvd,
                 Exton, PA 19341-1119
13919469       +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2018 02:43:45      Synchrony Bank/ JC Penneys,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
13919470       +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2018 02:43:45      Synchrony Bank/HH Gregg,
                 Po Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 3
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13919459*       Acs/slm Trust,    C/o Acs,    Utica, NY 13501
13919463*      +Citadel Federal Cred U,    Attn: Collections/Bankruptcy,    520 Eagleview Blvd,
                 Exton, PA 19341-1119
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2018 at the address(es) listed below:
```
          JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          KEVIN G. MCDONALD    on behalf of Creditor    AmeriHome Mortgage Company, LLC
           bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    AmeriHome Mortgage Company, LLC
           bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    American Home Mortgage Company
           bkgroup@kmllawgroup.com
          MICHAEL J. MCCRYSTAL    on behalf of Debtor Timothy John Dennis mccrystallaw@gmail.com,
           sueparalegal@gmail.com
          REBECCA ANN SOLARZ    on behalf of Creditor    AmeriHome Mortgage Company, LLC
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
```

Case 17-13463-mdc    Doc 61    Filed 12/22/18    Entered 12/23/18 01:01:17    Desc Imaged

```
District/off: 0313-2          User: PaulP              Page 2 of 2              Date Rcvd: Dec 20, 2018
                              Form ID: 160             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
                                                                                                    TOTAL: 8

Case 17-13463-mdc    Doc 61    Filed 12/22/18    Entered 12/23/18 01:01:17    Desc Imaged
Certificate of Notice    Page 3 of 3

*UNITED STATESBANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Timothy John Dennis
    Debtor(s)                                        Case No: 17–13463–mdc
                                                                 Chapter: 13

___

## NOTICE OF HEARING

To the debtor, debtor's attorney, the standing trustee and those creditors which appeared at the Sec. 341 creditors meeting,

NOTICE is given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Court,

        on: 1/24/19

        at: 09:30 AM

        in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

to consider confirmation of the debtor's plan in the above case. Objections to confirmation should be filed at least 10 days before the above date with the Clerk of the U.S. Bankruptcy Court

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

and serve counsel for the debtor at least 5 days before the above date.

Dated: 12/20/18                                                                                                       For The Court

                                                                                                                        Timothy B. McGrath
                                                                                                                        Clerk of Court

60 – 45
Form 160