### *IN THE UNITED STATES BANKRUPTCY COURT*
### *FOR EASTERN DISTRICT OF PENNSYLVANIA*
### *PHILADELPHIA DIVISION*

In re:   Timothy J. Dennis            :
                                      :    case no. 17-13463-mdc
                                      :
         Debtors                      :
                                      :

### *DEBTORS' PRE-CONFIRMATION CERTIFCATION OF COMPLIANCE WITH POST PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTIONS 1129(a)(14)1225(a)(7)AND 1325 (a)(8) AND (a)(9)*

I, Michael J. McCrystal, Esquire, Attorney for the Debtors, upon my oath according to law, hereby certify as follows:

1. That the below information is being supplied for compliance with the Confirmation Hearing date on March 14, 2019.

2. The all post petition amounts that are required to be paid under any and all Domestic Support Obligations have been paid.

3. That all applicable Federal, State and local tax returns as required by 11 USC § 1308 have been filed.

4. If the confirmation hearing date stated in Paragraph 1 is adjourned for any reason, than an updated Certification will be filed with the Court prior to any subsequent confirmation hearing date in the event any of the information contained in this Certification changes.

5. If this Certification is being signed by Counsel for the Debtors, that the debtors were duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DATED: March 8, 2019

                                            /s/ Michael J. McCrystal
                                            _____
                                            Michael J. McCrystal
                                            Counsel for the *Debtors*