IN RE: Timothy John Dennis	IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CASE NO. 17-13463-amc
Chapter 13

## *ORDER*

AND NOW, this __11th__ day of April 2019, upon the certification of Michael J. McCrystal, Esquire, attorney for the debtors, of the legal work performed in the above proceeding and there being no objection thereto, IT IS ORDERED:

1. Michael J. McCrystal, Esquire is allowed a fee in the amount of three thousand four hundred thirty seven dollars and fifty cents ($3,437.50) {less the sum of $1,550.00 already received} for services rendered as set forth in the FINAL Application for Approval of Professional Compensation.

2. Michael J. McCrystal, Esquire is allowed reimbursement for expenses in the amount of zero cents ($0.00).

3. A net claim is allowed in favor of Michael J. McCrystal, Esquire in the amount of one thousand eight hundred eighty seven dollars and fifty cents ($1,887.50).

BY THE COURT:

*Magdeline D. Coleman*
_____
USBJ