United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-13463-mdc
Timothy John Dennis                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP            Page 1 of 1         Date Rcvd: Apr 11, 2019
                       Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2019.
db             +Timothy John Dennis,    1602 Reagan Court,    Norristown, PA 19403-5258

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2019                                      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2019 at the address(es) listed below:
        JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
        KEVIN G. MCDONALD    on behalf of Creditor    AmeriHome Mortgage Company, LLC bkgroup@kmllawgroup.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    AmeriHome Mortgage Company, LLC bkgroup@kmllawgroup.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    American Home Mortgage Company bkgroup@kmllawgroup.com
        MICHAEL J. MCCRYSTAL    on behalf of Debtor Timothy John Dennis mccrystallaw@gmail.com, sueparalegal@gmail.com
        REBECCA ANN SOLARZ    on behalf of Creditor    AmeriHome Mortgage Company, LLC bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                 TOTAL: 8

IN RE: Timothy John Dennis

IN THE UNITED STATES
BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF
PENNSYLVANIA

CASE NO. 17-13463-amc
Chapter 13

## *ORDER*

      AND NOW, this __11th__ day of April 2019, upon the certification of Michael J. McCrystal, Esquire, attorney for the debtors, of the legal work performed in the above proceeding and there being no objection thereto, IT IS ORDERED:

1. Michael J. McCrystal, Esquire is allowed a fee in the amount of three thousand four hundred thirty seven dollars and fifty cents ($3,437.50) {less the sum of $1,550.00 already received} for services rendered as set forth in the FINAL Application for Approval of Professional Compensation.

2. Michael J. McCrystal, Esquire is allowed reimbursement for expenses in the amount of zero cents ($0.00).

3. A net claim is allowed in favor of Michael J. McCrystal, Esquire in the amount of one thousand eight hundred eighty seven dollars and fifty cents ($1,887.50).

      BY THE COURT:

_____
USBJ