```
                       United States Bankruptcy Court
                       Eastern District of Pennsylvania
In re:                                                    Case No. 17-13463-mdc
Timothy John Dennis                                       Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2       User: ChrissyW           Page 1 of 2           Date Rcvd: Aug 18, 2020
                           Form ID: 138NEW          Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 20, 2020.
db             #+Timothy John Dennis,   1602 Reagan Court,   Norristown, PA 19403-5258
13919458        Acs/slm Trust,   C/o Acs,   Utica, NY 13501
13983579       +AmeriHome Mortgage Company, LLC,   c/o Cenlar FSB,   425 Phillips Blvd,   Ewing, NJ 08618-1430
13919460       +Amerihome Mtg Co, Llc,   21300 Victory Blvd Ste 2,   Woodland Hills, CA 91367-2525
13919464       +Citibank,   Citicorp Credit Srvs/Centralized Bankrup,   Po Box790040,
                Saint Louis, MO 63179-0040
13919465       +Citibank/Best Buy,   Centralized Bk/Citicorp Credt Srvs,   Po Box 790040,
                St Louis, MO 63179-0040
13919467       +Huntingdon Valley Bank,   2617 Huntingdon Pike,   Huntingdon Valley, PA 19006-5199
14097434       +Michael J. McCrystal, Esquire,   151 Main Street, Suite A,   Emmaus, PA 18049-4026
13919468       +Police And Fire Fcu,   901 Arch Street,   Philadelphia, PA 19107-2495
13919471       +Wells Fargo,   Wells Fargo Bank,   Po Box 5185,   Sioux Falls, SD 57117-5185
13919472       +Wells Fargo Bank,   Mac F82535-02f,   Po Box 10438,   Des Moines, IA 50306-0438
13964305        Wells Fargo Bank, N.A.,   Wells Fargo Education Financial Services,
                PO Box 10438, Mac F8235-02F,   Des Moines, IA 50306-0438
13919473       +Wells Fargo Education Financial Services,   Wells Fargo Bank,   Po Box 5185,
                Sioux Falls, SD 57117-5185

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +E-mail/Text: bncnotice@ph13trustee.com Aug 19 2020 04:12:14     WILLIAM C. MILLER,
                Chapter 13 Trustee,   P.O. Box 1229,   Philadelphia, PA 19105-1229
smg             E-mail/Text: megan.harper@phila.gov Aug 19 2020 04:11:58     City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 19 2020 04:11:34
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 19 2020 04:11:52     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13919466        E-mail/Text: Bankruptcy.RI@Citizensbank.com Aug 19 2020 04:11:14     Citizens Bank,
                Attn: Bankruptcy,   443 Jefferson Blvd Ms Rjw-135,   Warwick, RI 02886
13919462       +E-mail/Text: bankruptcycollections@citadelbanking.com Aug 19 2020 04:12:10
                Citadel Federal Cred U,   Attn: Collections/Bankruptcy,   520 Eagleview Blvd,
                Exton, PA 19341-1119
13919461        E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 19 2020 04:12:39     Chase Card Services,
                Correspondence Dept,   Po Box 15278,   Wilmington, DE 19850
13919469       +E-mail/PDF: gecsedi@recoverycorp.com Aug 19 2020 04:12:50     Synchrony Bank/ JC Penneys,
                Attn: Bankruptcy,   Po Box 956060,   Orlando, FL 32896-0001
13919470       +E-mail/PDF: gecsedi@recoverycorp.com Aug 19 2020 04:12:50     Synchrony Bank/HH Gregg,
                Po Box 965060,   Orlando, FL 32896-5060
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13919459*       Acs/slm Trust,   C/o Acs,   Utica, NY 13501
13919463*      +Citadel Federal Cred U,   Attn: Collections/Bankruptcy,   520 Eagleview Blvd,
                Exton, PA 19341-1119
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2              Date Rcvd: Aug 18, 2020
                              Form ID: 138NEW             Total Noticed: 22
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 18, 2020 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    AmeriHome Mortgage Company, LLC
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    AmeriHome Mortgage Company, LLC
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    American Home Mortgage Company
               bkgroup@kmllawgroup.com
              MICHAEL J. MCCRYSTAL    on behalf of Debtor Timothy John Dennis mccrystallaw@gmail.com,
               sueparalegal@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    AmeriHome Mortgage Company, LLC
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Timothy John Dennis
       Debtor(s)                              Bankruptcy No: 17−13463−mdc
                                                    Chapter: 13

_____

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                          900 Market Street
                             Suite 400
                        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                            For The Court
                                                  Timothy B. McGrath
                                                     Clerk of Court

Dated: 8/18/20

                                                                                77 − 76
                                                                           Form 138_new