Certificate Number: 13858-PAE-DE-034801293

Bankruptcy Case Number: 17-13463



13858-PAE-DE-034801293

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 22, 2020, at 11:21 o'clock AM CDT, Timothy J. Dennis completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: August 22, 2020      By: /s/Karlee Ann Reardon

Name: Karlee Ann Reardon

Title: Counselor