United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-13463-mdc
Timothy John Dennis                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: PaulP              Page 1 of 1            Date Rcvd: Sep 18, 2020
                            Form ID: 195             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2020.
db         #+Timothy John Dennis,    1602 Reagan Court,    Norristown, PA 19403-5258

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2020 at the address(es) listed below:
      KEVIN G. MCDONALD    on behalf of Creditor    AmeriHome Mortgage Company, LLC
       bkgroup@kmllawgroup.com
      MATTEO SAMUEL WEINER     on behalf of Creditor    AmeriHome Mortgage Company, LLC
       bkgroup@kmllawgroup.com
      MATTEO SAMUEL WEINER     on behalf of Creditor    American Home Mortgage Company
       bkgroup@kmllawgroup.com
      MICHAEL J. MCCRYSTAL    on behalf of Debtor Timothy John Dennis mccrystallaw@gmail.com,
       sueparalegal@gmail.com
      REBECCA ANN SOLARZ     on behalf of Creditor    AmeriHome Mortgage Company, LLC
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
       philaecf@gmail.com
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                             TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Timothy John Dennis : Case No. 17−13463−mdc
    Debtor(s)

***ORDER***
_____

AND NOW, this day , September 18, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court

86
Form 195